JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–43.   ASAM *v.* STANLEY, DBA POODLE PALACE, ET AL., *ante*, p. 859;

No. 82–193.   LAMPKIN-ASAM *v.* MIAMI DAILY NEWS, INC., DBA THE MIAMI NEWS, ET AL., *ante*, p. 806;

No. 82–445.   MIZRAHI *v.* UNITED STATES, *ante*, p. 1086;

No. 82–5271.   ARMSTRONG *v.* WASHINGTON, *ante*, p. 1089;

No. 82–5352.   WILLIAMS *v.* NORTH CAROLINA, *ante*, p. 1056;

No. 82–5353.   PINCH *v.* NORTH CAROLINA, *ante*, p. 1056;

No. 82–5476.   COTTON *v.* FEDERAL LAND BANK OF COLUMBIA ET AL., *ante*, p. 1041;

No. 82–5534.   WHITE *v.* FLORIDA, *ante*, p. 1055; and

No. 82–5581.   SELLNER *v.* PRINCE GEORGE'S COUNTY, MARYLAND, ET AL., *ante*, p. 1090.   Petitions for rehearing denied.

No. 79–1853.   DURHAM DISTRIBUTORS, INC., ET AL. *v.* BOMBARDIER LTD. ET AL., 449 U. S. 890; and

No. 82–5051.   JUDD *v.* UNITED STATES, *ante*, p. 869. Motions for leave to file petitions for rehearing denied.

No. 82–277.   SCHWIMMER, DBA SUPERSONIC ELECTRONICS CO. *v.* SONY CORPORATION OF AMERICA, *ante*, p. 1007. Motion of petitioner for joint consideration with other cases denied.   Petition for rehearing denied.

No. 82–5589.   FLORES *v.* IBM CORP., *ante*, p. 1092.   Petition for rehearing denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.